IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SCOTTY B. KILGO                                                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO.: 1:13-cv-229-SA-DAS

RANDY TOLAR, SHERIFF OF PRENTISS COUNTY,
MISSISSIPPI (IN HIS OFFICIAL CAPACITY)
AND PRENTISS COUNTY, MISSISSIPPI                                              DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE OF COUNT 2 OF THE COMPLAINT

This matter is before the Court on joint motion *ore tenus* of Plaintiff, Scotty B. Kilgo, and Defendants, Randy Tolar, Sheriff Of Prentiss County, Mississippi (In His Official Capacity) and Prentiss County, Mississippi, for entry of an Agreed Final Judgment of Dismissal With Prejudice of Plaintiff's claims against Defendants for Violation of 42 U.S.C. §1983 – Infringement on the Right to Bear Arms – as set forth in Count 2 of the Complaint. The Court, finding that it has jurisdiction of this subject matter and the parties, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

It is therefore ORDERED AND ADJUDGED THAT Plaintiff's claims against Defendants for Violation of 42 U.S.C. §1983 – Infringement on the Right to Bear Arms – as set forth in Count 2 of the Complaint is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 31st day of July, 2014.

      /s/ Sharion Aycock_____
      UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:

  */s/ Eric R. Price*
G. Clark Monroe (MSB #9810)
*gcmonroe@dunbarmonroe.com*
Eric R. Price (MSB #102274)
*eprice@dunbarmonroe.com*
DunbarMonroe, P.A.
270 Trace Colony Park, Suite A
Ridgeland, Mississippi  39157
Telephone (601) 898-2073
Facsimile (601) 898-2074
*Attorneys for Defendants*


  /s/ *David O. Butts*
David Butts (MSB #7642)
*davidbutts@davidbuttslawfirm.com*
P.O. Box 3310
Tupelo, MS 38803
162 E. Amite Street
Telephone (662) 841-1234
Facsimile (662) 841-0357
*Attorney for Plaintiff*