IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SCOTTY B. KILGO                                                                                   PLAINTIFF

V.                                                                   CAUSE NO.: 1:13CV229-SA-DAS

RANDY TOLAR, SHERIFF OF PRENTISS COUNTY,
MISSISSIPPI, in his official capacity, and
PRENTISS COUNTY, MISSISSIPPI                                                         DEFENDANTS

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Court hereby GRANTS the Motion for Summary Judgment [30] and DISMISSES all of Plaintiff's claims. This case is CLOSED.

SO ORDERED, this the 2nd day of June, 2015.

                                                              **/s/ Sharion Aycock**
                                                              **U.S. DISTRICT JUDGE**